AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hays, Sarah W. | U.S. District Court, Western District of Missouri | 08/06/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

400 East 9th Street, Room 6672
Kansas City, Missouri 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Henry W. Bloch Chair in Financial Services-UMKC - Salary |
| 2. 2017 | Pension - University of Missouri at Kansas City |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Missouri Bank (cash) | | None | K | T | | | | | |
| 2. Bank of America (cash) | A | Interest | K | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. TD Ameritrade Money Market (cash) (X) (Y) | | | | | | | | | |
| 5. Ark ETF Tr Web X.0 (ARKW) | | None | | | Buy | 06/06/17 | L | | |
| 6. | | | | | Buy (add'l) | 06/09/17 | K | | |
| 7. | | | | | Buy (add'l) | 06/13/17 | K | | |
| 8. | | | | | Sold | 06/15/17 | M | | |
| 9. | | | | | Buy | 06/22/17 | K | | |
| 10. | | | | | Buy (add'l) | 06/27/17 | L | | |
| 11. | | | | | Sold | 07/05/17 | M | | |
| 12. | | | | | Buy | 07/24/17 | L | | |
| 13. | | | | | Sold | 07/27/17 | L | | |
| 14. | | | | | Buy | 08/04/17 | M | | |
| 15. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 16. | | | | | Buy (add'l) | 08/08/17 | L | | |
| 17. | | | | | Sold | 08/09/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 08/15/17 | L | | |
| 19. | | | | | Buy (add'l) | 08/16/17 | M | | |
| 20. | | | | | Sold | 08/18/17 | N | | |
| 21. Ark ETF Tr Industrial Innovation (ARKQ) | None | | | | Buy | 06/06/17 | L | | |
| 22. | | | | | Buy (add'l) | 06/09/17 | K | | |
| 23. | | | | | Buy (add'l) | 06/13/17 | J | | |
| 24. | | | | | Sold | 06/15/17 | M | | |
| 25. | | | | | Buy | 06/19/17 | K | | |
| 26. | | | | | Buy (add'l) | 07/07/17 | K | | |
| 27. | | | | | Buy (add'l) | 07/11/17 | L | | |
| 28. | | | | | Buy (add'l) | 07/12/17 | M | | |
| 29. | | | | | Sold | 07/13/17 | M | | |
| 30. | | | | | Buy | 08/01/17 | L | | |
| 31. | | | | | Buy (add'l) | 08/04/17 | L | | |
| 32. | | | | | Sold | 08/08/17 | M | | |
| 33. | | | | | Buy | 08/15/17 | L | | |
| 34. | | | | | Buy (add'l) | 08/16/17 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/18/17 | M | | |
| 36.   Ark ETF Tr Innovation ETF (ARKK) | None | | | | Buy | 05/08/17 | J | | |
| 37. | | | | | Buy (add'l) | 05/15/17 | L | | |
| 38. | | | | | Buy (add'l) | 05/17/17 | K | | |
| 39. | | | | | Buy (add'l) | 05/19/17 | K | | |
| 40. | | | | | Buy (add'l) | 05/23/17 | L | | |
| 41. | | | | | Buy (add'l) | 05/24/17 | M | | |
| 42. | | | | | Buy (add'l) | 05/25/17 | L | | |
| 43. | | | | | Sold | 05/31/17 | N | | |
| 44. | | | | | Buy | 06/06/17 | M | | |
| 45. | | | | | Sold | 06/15/17 | M | | |
| 46. | | | | | Buy | 06/19/17 | K | | |
| 47. | | | | | Buy (add'l) | 06/23/17 | K | | |
| 48. | | | | | Sold | 06/26/17 | L | | |
| 49.   Ark ETF Tr Genomic Revolution (ARKG) | None | | | | Buy | 06/19/17 | K | | |
| 50. | | | | | Buy (add'l) | 06/21/17 | K | | |
| 51. | | | | | Sold | 06/26/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 08/15/17 | K | | |
| 53. | | | | | Sold | 08/23/17 | K | | |
| 54. Bank of America (BAC) | | None | | | Buy | 06/28/17 | K | | |
| 55. | | | | | Sold | 06/29/17 | K | | |
| 56. The Blackstone Group (BX) | | None | | | Buy | 06/29/17 | K | | |
| 57. | | | | | Sold | 07/10/17 | K | | |
| 58. Blue Apron Holdings (APRN) | | None | | | Buy | 06/29/17 | J | | |
| 59. | | | | | Sold | 07/05/17 | J | | |
| 60. CSX Corp (CSX) | | None | | | Buy | 05/04/17 | K | | |
| 61. | | | | | Sold | 05/17/17 | K | | |
| 62. Deutsche X-Trackers MSCI EAFE Hedged Eq ETF (DBEF) | | None | | | Buy | 05/08/17 | K | | |
| 63. | | | | | Sold | 05/19/17 | K | | |
| 64. Delta Airlines (DAL) | | None | | | Buy | 05/04/17 | K | | |
| 65. | | | | | Sold | 05/19/17 | K | | |
| 66. ETF Ser Solutions Diamond-Hill Val Wtd 500 (DHVW) | | None | | | Buy | 06/21/17 | K | | |
| 67. | | | | | Sold | 06/29/17 | L | | |
| 68. | | | | | Buy | 07/19/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 07/26/17 | M | | |
| 70. ETFIS Bioshares Biotech Clin (BBC) | | None | | | Buy | 05/03/17 | J | | |
| 71. | | | | | Buy (add'l) | 06/20/17 | K | | |
| 72. | | | | | Buy (add'l) | 06/21/17 | K | | |
| 73. | | | | | Sold | 06/26/17 | K | | |
| 74. | | | | | Buy | 06/28/17 | K | | |
| 75. | | | | | Sold | 07/05/17 | K | | |
| 76. | | | | | Buy | 07/11/17 | K | | |
| 77. | | | | | Buy | 07/12/17 | K | | |
| 78. | | | | | Sold | 07/13/17 | K | | |
| 79. | | | | | Buy | 07/19/17 | K | | |
| 80. | | | | | Buy (add'l) | 07/26/17 | L | | |
| 81. | | | | | Sold | 07/27/17 | L | | |
| 82. | | | | | Buy | 08/07/17 | K | | |
| 83. | | | | | Sold | 08/08/17 | K | | |
| 84. ETF Mgrs Tr Purefunds ISE Big Data (BIGD) | | None | | | Buy | 06/06/17 | K | | |
| 85. | | | | | Sold | 06/07/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 05/22/17 | J | | |
| 87. FQF Tr Quant FTSE Eur Qual Div (OEUR) | | None | | | Buy | 06/19/17 | L | | |
| 88. | | | | | Buy (add'l) | 06/21/17 | K | | |
| 89. | | | | | Buy (add'l) | 06/23/17 | K | | |
| 90. | | | | | Buy (add'l) | 06/27/17 | K | | |
| 91. | | | | | Sold (part) | 06/28/17 | L | | |
| 92. | | | | | Sold | 06/29/17 | K | | |
| 93. Fidelity Covington Trust MSCI Infotech (FTEC) | | None | | | Buy | 05/03/17 | K | | |
| 94. | | | | | Buy (add'l) | 05/17/17 | L | | |
| 95. | | | | | Buy (add'l) | 05/25/17 | L | | |
| 96. | | | | | Sold | 06/01/17 | M | | |
| 97. First Trust ISE Cloud Computing ETF (SKYY) | | None | | | Buy | 06/27/17 | K | | |
| 98. | | | | | Sold | 06/29/17 | K | | |
| 99. Global X Internet of Things ETF (SNSR) | | None | | | Buy | 07/24/17 | K | | |
| 100. | | | | | Sold | 07/26/17 | K | | |
| 101. Global X Rbtcs & Artfcl Intlgnc ETF (BOTZ) | | None | | | Buy | 05/15/17 | J | | |
| 102. | | | | | Buy (add'l) | 05/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 05/24/17 | K | A | |
| 104. | | | | | Buy | 06/21/17 | K | | |
| 105. | | | | | Sold | 07/13/17 | K | | |
| 106. Global X Fintech ETF (FINX) | None | | | | Buy | 05/15/17 | J | | |
| 107. | | | | | Buy (add'l) | 05/17/17 | K | | |
| 108. | | | | | Buy (add'l) | 05/24/17 | K | | |
| 109. | | | | | Buy (add'l) | 05/30/17 | K | | |
| 110. | | | | | Buy (add'l) | 06/06/17 | K | | |
| 111. | | | | | Buy (add'l) | 06/14/17 | K | | |
| 112. | | | | | Sold | 06/15/17 | M | | |
| 113. | | | | | Buy | 06/19/17 | K | | |
| 114. | | | | | Buy (add'l) | 06/27/17 | K | | |
| 115. | | | | | Buy (add'l) | 07/05/17 | K | | |
| 116. | | | | | Buy (add'l) | 07/07/17 | K | | |
| 117. | | | | | Buy (add'l) | 07/11/17 | K | | |
| 118. | | | | | Buy (add'l) | 07/12/17 | K | | |
| 119. | | | | | Sold | 07/13/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 07/14/17 | K | | |
| 121. | | | | | Buy (add'l) | 07/26/17 | L | | |
| 122. | | | | | Sold | 08/01/17 | L | | |
| 123. | | | | | Buy | 08/01/17 | K | | |
| 124. | | | | | Sold | 08/08/17 | K | | |
| 125. | | | | | Buy | 08/16/17 | K | | |
| 126. | | | | | Sold | 08/18/17 | K | | |
| 127. General Electric (GE) | | None | | | Buy | 05/10/17 | J | | |
| 128. | | | | | Sold | 05/15/17 | J | | |
| 129. Howard Hughes Corp (HHC) | | None | | | Buy | 05/08/17 | K | | |
| 130. | | | | | Sold | 05/09/17 | K | | |
| 131. iShares Core S&P Small-Cap ETF (IJR) | | None | | | Buy | 05/08/17 | K | | |
| 132. | | | | | Sold | 05/19/17 | K | | |
| 133. iShares MSCI Emerging Mkts (IEMG) | | None | | | Buy | 07/20/17 | L | | |
| 134. | | | | | Sold | 07/26/17 | L | | |
| 135. Morgan Stanley Inst Fund Growth (MSEGX) | A | Dividend | | | Buy | 04/26/17 | M | | |
| 136. | | | | | Sold | 06/15/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Primecap Odyssey Stock Fund (POSKX) | | None | | | Buy | 05/03/17 | K | | |
| 138. | | | | | Sold | 05/23/17 | L | A | |
| 139. Powershares Aerospace & Defense (PPA) | | None | | | Buy | 08/10/17 | L | | |
| 140. | | | | | Sold | 08/18/17 | L | | |
| 141. Powershares Dynamic LC Val Port (PWV) | | None | | | Buy | 07/19/17 | M | | |
| 142. | | | | | Sold | 07/26/17 | M | | |
| 143. Powershares Global Gold & Pr Met (PSAU) | | None | | | Buy | 08/10/17 | L | | |
| 144. | | | | | Sold | 08/16/17 | L | | |
| 145. Powershares QQQ (QQQ) | | None | | | Buy | 05/03/17 | M | | |
| 146. | | | | | Buy (add'l) | 05/17/17 | L | | |
| 147. | | | | | Sold | 06/14/17 | N | | |
| 148. | | | | | Buy | 06/19/17 | M | | |
| 149. | | | | | Sold | 06/28/17 | M | | |
| 150. Powershares Nasdaq Internet Port (PNQI) | | None | | | Buy | 06/01/17 | M | | |
| 151. | | | | | Buy (add'l) | 06/02/17 | N | | |
| 152. | | | | | Sold (part) | 06/02/17 | N | | |
| 153. | | | | | Sold | 06/06/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Powershares Semicon Port (PSI) | | None | | | Buy | 06/08/17 | K | | |
| 155. | | | | | Buy (add'l) | 06/09/17 | K | | |
| 156. | | | | | Sold | 06/14/17 | L | | |
| 157. | | | | | Buy | 06/27/17 | K | | |
| 158. | | | | | Buy (add'l) | 07/07/17 | K | | |
| 159. | | | | | Buy (add'l) | 07/11/17 | L | | |
| 160. | | | | | Buy (add'l) | 07/12/17 | L | | |
| 161. | | | | | Sold | 07/13/17 | N | | |
| 162. | | | | | Buy | 07/14/17 | L | | |
| 163. | | | | | Buy (add'l) | 07/19/17 | M | | |
| 164. | | | | | Buy (add'l) | 07/20/17 | M | | |
| 165. | | | | | Sold | 07/20/17 | N | | |
| 166. | | | | | Buy | 07/24/17 | L | | |
| 167. | | | | | Buy (add'l) | 07/26/17 | K | | |
| 168. | | | | | Sold | 07/27/17 | M | | |
| 169. | | | | | Buy | 07/31/17 | M | | |
| 170. | | | | | Sold | 08/08/17 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy | 08/16/17 | K | | |
| 172. | | | | | Sold | 08/18/17 | K | | |
| 173.  Q Biomed Inc (QBIO) | | None | | | Buy | 07/12/17 | J | | |
| 174. | | | | | Sold | 07/13/17 | J | | |
| 175.  Select Sector SPDR Consumer Dis (XLY) | | None | | | Buy | 07/19/17 | L | | |
| 176. | | | | | Sold | 07/25/17 | L | | |
| 177.  Select Sector SPDR Industrial Select (XLI) | | None | | | Buy | 06/19/17 | L | | |
| 178. | | | | | Buy (add'l) | 07/05/17 | L | | |
| 179. | | | | | Sold | 07/10/17 | M | | |
| 180.  Select Sector SPDR Tr Energy Sel Idx (XLE) | | None | | | Buy | 06/29/17 | L | | |
| 181. | | | | | Sold | 07/05/17 | L | | |
| 182.  Select Sector SPDR Trust Tech (XLK) | | None | | | Buy | 05/10/17 | K | | |
| 183. | | | | | Buy (add'l) | 05/17/17 | L | | |
| 184. | | | | | Sold | 06/01/17 | M | | |
| 185. | | | | | Buy | 06/20/17 | K | | |
| 186. | | | | | Buy (add'l) | 06/26/17 | M | | |
| 187. | | | | | Buy (add'l) | 06/27/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 06/29/17 | L | | |
| 189. | | | | | Buy (add'l) | 07/05/17 | L | | |
| 190. | | | | | Buy | 07/10/17 | M | | |
| 191. | | | | | Sold | 07/13/17 | N | | |
| 192. | | | | | Buy | 07/14/17 | M | | |
| 193. | | | | | Buy (add'l) | 07/17/17 | M | | |
| 194. | | | | | Buy (add'l) | 07/20/17 | M | | |
| 195. | | | | | Buy (add'l) | 07/26/17 | M | | |
| 196. | | | | | Sold | 07/27/17 | O | | |
| 197. | | | | | Buy | 08/01/17 | M | | |
| 198. | | | | | Buy (add'l) | 08/04/17 | L | | |
| 199. | | | | | Sold (part) | 08/08/17 | M | | |
| 200. | | | | | Sold | 08/09/17 | M | | |
| 201. | | | | | Buy | 08/14/17 | N | | |
| 202. | | | | | Buy (add'l) | 08/15/17 | M | | |
| 203. | | | | | Sold | 08/18/17 | N | | |
| 204. | | | | | Buy | 08/31/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 09/11/17 | M | | |
| 206. Select Sector SPDR Tr Financial Select (XLF) | None | | | | Buy | 06/20/17 | K | | |
| 207. | | | | | Buy (add'l) | 06/23/17 | L | | |
| 208. | | | | | Buy (add'l) | 06/27/17 | K | | |
| 209. | | | | | Buy (add'l) | 06/28/17 | M | | |
| 210. | | | | | Buy | 06/29/17 | K | | |
| 211. | | | | | Buy (add'l) | 07/06/17 | K | | |
| 212. | | | | | Buy (add'l) | 07/07/17 | K | | |
| 213. | | | | | Sold | 07/11/17 | M | | |
| 214. | | | | | Buy | 07/12/17 | M | | |
| 215. | | | | | Sold (part) | 07/12/17 | M | | |
| 216. | | | | | Sold | 07/13/17 | K | | |
| 217. | | | | | Buy | 07/14/17 | K | | |
| 218. | | | | | Sold | 07/24/17 | K | | |
| 219. | | | | | Buy | 07/31/17 | M | | |
| 220. | | | | | Buy (add'l) | 08/07/17 | K | | |
| 221. | | | | | Sold | 08/09/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy | 08/16/17 | L | | |
| 223. | | | | | Sold | 08/18/17 | L | | |
| 224. | | | | | Buy | 09/06/17 | L | | |
| 225. | | | | | Sold | 09/11/17 | L | | |
| 226. Select Sector SPDR Tr Health Care (XLV) | None | | | | Buy | 05/08/17 | K | | |
| 227. | | | | | Sold | 05/17/17 | K | | |
| 228. | | | | | Buy | 06/21/17 | L | | |
| 229. | | | | | Sold | 06/29/17 | L | | |
| 230. Sprint Corp (S) | None | | | | Buy | 06/20/17 | J | | |
| 231. | | | | | Sold | 06/27/17 | J | | |
| 232. SPDR S&P Biotech (XBI) | None | | | | Buy | 05/03/17 | K | | |
| 233. | | | | | Sold | 05/19/17 | K | | |
| 234. | | | | | Buy | 06/21/17 | L | | |
| 235. | | | | | Buy (add'l) | 06/22/17 | M | | |
| 236. | | | | | Sold | 06/26/17 | M | | |
| 237. | | | | | Buy | 06/28/17 | L | | |
| 238. | | | | | Sold | 06/29/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 07/07/17 | L | | |
| 240. | | | | | Sold | 07/10/17 | M | | |
| 241. | | | | | Buy | 07/11/17 | L | | |
| 242. | | | | | Buy (add'l) | 07/12/17 | L | | |
| 243. | | | | | Sold | 07/13/17 | M | | |
| 244. | | | | | Buy | 07/19/17 | L | | |
| 245. | | | | | Buy (add'l) | 07/24/17 | L | | |
| 246. | | | | | Buy (add'l) | 07/25/17 | L | | |
| 247. | | | | | Sold | 07/27/17 | M | | |
| 248. SPDR Stoxx Europe 50 Fund (FEU) | | None | | | Buy | 05/08/17 | K | | |
| 249. | | | | | Sold | 05/23/17 | K | A | |
| 250. SPX Corp (SPX) | | None | | | Buy | 05/23/17 | L | | |
| 251. | | | | | Sold | 05/24/17 | L | | |
| 252. United Health Group (UNH) | | None | | | Buy | 05/11/17 | K | | |
| 253. | | | | | Sold | 05/16/17 | K | | |
| 254. Vaneck Vectors Gaming ETF (BJK) | | None | | | Buy | 05/03/17 | J | | |
| 255. | | | | | Sold | 05/08/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Vaneck Vectors Morningstar Intl Moat ETF (MOTI) | None | | | | Buy | 05/11/17 | K | | |
| 257. | | | | | Buy (add'l) | 05/24/17 | K | | |
| 258. | | | | | Sold | 05/25/17 | L | A | |
| 259. Vaneck Vector Morningstar Wide Moat (MOAT) | None | | | | Buy | 05/11/17 | L | | |
| 260. | | | | | Sold | 05/19/17 | L | | |
| 261. Vaneck Vectors Semiconductors (SMH) | None | | | | Buy | 05/15/17 | K | | |
| 262. | | | | | Sold | 05/19/17 | K | A | |
| 263. Vanguard Info Tech Index (VGT) | None | | | | Buy | 05/01/17 | M | | |
| 264. | | | | | Buy (add'l) | 05/17/17 | L | | |
| 265. | | | | | Buy (add'l) | 05/24/17 | L | | |
| 266. | | | | | Sold | 06/14/17 | N | | |
| 267. | | | | | Buy | 06/19/17 | M | | |
| 268. | | | | | Sold | 06/22/17 | M | | |
| 269. Vanguard Consumer Dsc Index (VCR) | None | | | | Buy | 05/03/17 | J | | |
| 270. | | | | | Sold | 05/19/17 | J | | |
| 271. Vanguard Intl Div Apprec ETF (VIGI) | None | | | | Buy | 05/08/17 | K | | |
| 272. | | | | | Buy (add'l) | 05/17/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 05/25/17 | L | A | |
| 274. Walt Disney Co (DIS) | | None | | | Buy | 05/10/17 | K | | |
| 275. | | | | | Sold | 05/16/17 | K | | |
| 276. IRA #2 (H) | | | | | | | | | |
| 277. Sun America Cash Trust Account (Money Market) | A | Interest | J | T | | | | | |
| 278. KIMCO Realty (KIM) (Y) | | | | | | | | | |
| 279. Ramco Gershenson Pptys TR Com SH Ben Ing. (RPT) | A | Dividend | J | T | | | | | |
| 280. Brokerage Account #1 (H) | | | | | | | | | |
| 281. Blackrock Eurofund (MDEFX) | A | Dividend | J | T | | | | | |
| 282. Blackrock Equity (MDDVX) | B | Dividend | K | T | | | | | |
| 283. Blackrock Low Duration (BLDAX) | A | Dividend | J | T | | | | | |
| 284. Blackrock Latin American Fund (MDLTX) | A | Dividend | J | T | | | | | |
| 285. Brokerage Account #2 (H) | | | | | | | | | |
| 286. American Century Growth Fund (TWCGX) | C | Dividend | K | T | | | | | |
| 287. American Century Ultra Fund (TWCUX) | B | Dividend | K | T | | | | | |
| 288. IRA #3 (H) | | | | | | | | | |
| 289. Wells Fargo Money Market Asset Fund (cash) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hays, Sarah W. | 08/06/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. IRA#4 (H) | | | | | | | | | |
| 291. Hartford Stock Fund | | None | L | T | | | | | |
| 292. Hartford Balanced HLS Fund | | None | L | T | | | | | |
| 293. Hartford Capital Appreciation Fund | | None | M | T | | | | | |
| 294. Hartford Int'l Opp. Fund | | None | L | T | | | | | |
| 295. 403(b) #1 (H) | | | | | | | | | |
| 296. Vanguard Inst. Index (VINIX) | | None | | | Sold | 04/24/17 | M | | |
| 297. 403(b) #2 (H) | | | | | | | | | |
| 298. VALIC Large Cap | | None | | | Sold | 04/24/17 | N | | |
| 299. VALIC Health Sciences Fund | | None | | | Sold | 04/24/17 | N | | |
| 300. VALIC Science and Technology Fund | | None | | | Sold | 04/24/17 | N | | |
| 301. VALIC Fixed Income | | None | | | Sold | 04/24/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B, line 1: Through March 1, 2017.

Part III-B, line 2: Beginning March 1, 2017.

Part VII, lines 296 and 298-301: The information listed is based upon the filer's information and belief. Despite request, more detailed information is not available from the provider.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sarah W. Hays**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544